Case 1:22-cv-01288-KPF   Document 7   Filed 04/28/22   Page 1 of 1



Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

April 28, 2022

<u>VIA ECF</u>

The Honorable Judge Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Paguada v. All Star Innovations, LLC*; Case No. 1:22-cv-01288-KPF

Dear Judge Failla:

We represent plaintiff Josue Paguada ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the initial conference scheduled for May 5, 2022, at 2:00 P.M.  Plaintiff requests this adjournment since Defendant has not yet been served in this matter. Plaintiff has attempted to serve Defendant without success and is in the process of obtaining a new address at which to serve Defendant.  We respectfully request an adjournment of 45 days to allow time for Defendant to be properly served and for Plaintiff to file an affidavit of service with the Court.

We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

```
Application GRANTED.  The initial pretrial conference scheduled
for May 5, 2022, is hereby ADJOURNED to June 21, 2022, at 3:00
p.m.  The Clerk of Court is directed to terminate the pending
motion at docket number 6.

Dated:    April 28, 2022             SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE